| Fill in this information to identify the Fill in this information to identify the case: |
|---|
| Debtor 1     Frank Emery Torok II |
| Debtor 2 |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania |
| Case number   21-12867 PMM |

Official Form 410S1

# Notice of Mortgage Payment Change                                  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Ally Bank

**Court claim no.** (if known):

**Last 4 digits** of any number you use to identify the debtor's account: 8013

**Date of payment change:**
Must be at least 21 days after date of this notice        12/01/2021

**New total payment:**         $1399.51
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $_____          New escrow payment: $_____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $_____   New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Consistent with the terms and conditions of the home equity line of credit variable rate note. _____

   Current mortgage payment: $1346.65 _____          New mortgage payment: $1399.51 _____

Official Form 410S1                       **Notice of Mortgage Payment Change**                       page 1

Debtor(s)  <u>Frank            Emery            Torok</u>           Case number (*if known*)  21-12867 PMM
           First Name      Middle Name      Last Name

---

**Part 4:    Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ <u>/s/ Rebecca A. Solarz</u>                                          Date  November 09, 2021
Signature

| | | |
|---|---|---|
| Print: | <u>Rebecca A. Solarz</u> | Title  <u>Attorney for Creditor</u> |
|  | First Name    Middle Name    Last Name |  |
| Company | <u>KML Law Group, P.C.</u> |  |
| Address | <u>701        Market Street, Suite 5000</u> |  |
|  | Number    Street |  |
|  | Philadelphia,              PA      19106 |  |
|  | City                       State    ZIP Code |  |
| Contact phone | (215) 627–1322        Email  <u>rsolarz@kmllawgroup.com</u> |  |

---

Official Form 410S1                **Notice of Mortgage Payment Change**                page 2