# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Frank Emery Torok II**<br>**Debtor(s)**<br><br>**Ally Bank**<br>**Movant**<br>vs.<br><br>**Frank Emery Torok II**<br>**Debtor(s)**<br><br>**Scott F. Waterman**,<br>**Trustee** | **BK NO. 21-12867 PMM**<br><br>**Chapter 13** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 7, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Frank Emery Torok II
5201 Stansfield Drive
Zionsville, PA 18092-0000

Attorney for Debtor(s)
Charles Laputka, Esq.
1344 W. Hamilton St.
Allentown, PA 18102

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: December 7, 2021

**/s/Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com