**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Frank Emery Torok II　　　　　　　　　　CHAPTER 13
　　　　　　　Debtor(s)

　　　　　　　　　　　　　　　　　　　　　　BKY. NO. 21-12867 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,



/s/ Rebecca Solarz
　　Rebecca Solarz
　　03 Jan 2022, 15:30:55, EST

　　　　KML Law Group, P.C.
　　　　701 Market Street, Suite 5000
　　　　Philadelphia, PA 19106-1532
　　　　(215) 627-1322