UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Frank Emery Torok, II<br><br><br>            Debtor | Chapter 13<br>Bankruptcy No.21-12867-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 1st day of February, 2022, by first class mail upon those listed below:


Frank Emery Torok, II
5201 Stansfield Dr
Zionsville, PA  18092-2088

**Electronically via CM/ECF System Only:**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102


/s/ Kristen Gliem
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee