**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Frank Emery Torok, II | : | CHAPTER 13 |
| | : | |
| Debtor | : | Case No. 21-12867-PMM |

**CERTIFICATE OF SERVICE**

I, Charles Laputka, Esquire, do hereby certify that on the 12th day of April, 2022, a true and correct copy of the Debtor's Motion to Sell Real Property, Notice of Motion, Proposed Order and Exhibit A was served upon the below parties by first-class, postage prepaid U. S. mail and/or via electronic delivery through the U.S. Bankruptcy Court's ECF system upon:

Scott F. Waterman, Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606
ECFMail@ReadingCh13.com

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107
USTPRegion03.PH.ECF@usdoj.gov

Cenlar FSB Attn BK Dept
425 Phillips Blvd
Ewing, NJ 08618
gwr@cenlar.com

**\*All CREDITORS LISTED ON CREDIT MATRIX**

By: */s/ Charles Laputka*
Charles Laputka, Esquire
Attorney for Debtor
1344 W Hamilton Street
Allentown, PA 18102
Atty. I.D. No: 091984