United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12867-pmm |
| Frank Emery Torok, II | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: May 05, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank Emery Torok, II, 5201 Stansfield Dr, Zionsville, PA 18092-2088 |
| cr | + | US Bank Trust National Association, Not In Its Ind, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2022            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | |
| | on behalf of Debtor Frank Emery Torok II claputka@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor Ally Bank bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4  User: admin  Page 2 of 2
Date Rcvd: May 05, 2022  Form ID: pdf900  Total Noticed: 2
TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Frank Emery Torok, II : CHAPTER 13
:
Debtor : Case No. 21-12867-PMM

**ORDER**

Upon consideration of the Motion to Sell Real Property filed by the Debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby;

**ORDERED,** that Debtor is granted permission to sell his real property located at 5201 Stansfield Drive, Zionsville, Upper Milford Twp, Pennsylvania, 18092-2088 ("Property"), free and clear of all liens, for the sale price of $599,900.00, pursuant terms of a certain real estate agreement of sale dated as of April 8, 2022, to the buyers thereunder, John Domanski and Katherine Horner ("Buyers"), who have represented they are purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner:

1. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters

2. Liens paid at closing to satisfy secured claim of Cenlar FSB, mortgage (Approximately $159,052.61 balance) (Actual balance to be determined prior to closing) and US Bank Trust National Association, mortgage (Approximately $362,844.57 balance) (Actual balance to be determined prior to closing).

3. Attorney fees for Bankruptcy Motion to Sell process, Laputka Law in the amount of

$650.00.

4. Real estate taxes, sewer, trash and/or other such items as determined necessary to pass insurable title

5. Property repairs, if any

6. Real estate commissions

7. Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement

After paying all liens in full, all costs of sale and the items disclosed above, the title clerk shall pay to Scott F. Waterman, Chapter 13 standing Trustee, the balance of the sales proceeds to be distributed by the standing trustee to his applicable commission, upon confirmation, in accordance with Debtor's Confirmed Plan.

The title clerk shall fax a copy of the disbursement check and HUD-1 or Settlement Sheet to the trustee and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

BY THE COURT

*Patricia M. Mayer*
_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

**Date: May 5, 2022**