Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 21-12867-PMM**

Frank Emery Torok, II  
5201 Stansfield Dr  
Zionsville  PA   18092-2088

Petition Filed Date: 10/21/2021  
341 Hearing Date: 12/07/2021  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/22/2021 | $1,000.00 | | 12/20/2021 | $1,000.00 | | 01/24/2022 | $1,000.00 | |
| 02/22/2022 | $1,000.00 | | 03/21/2022 | $1,000.00 | | | | |

**Total Receipts for the Period: $5,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,063.00 | $0.00 | $2,063.00 |
| 1 | FAY SERVICING LLC  »» 001 | Mortgage Arrears | $65,918.19 | $0.00 | $0.00 |
| 2 | CENLAR FSB  »» 002 | Mortgage Arrears | $63,884.56 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,000.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Claims: | $0.00 | Arrearages: | $4,000.00 |
| Paid to Trustee: | $400.00 | Total Plan Base: | $59,000.00 |
| Funds on Hand: | $4,600.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.