| Fill in this information to identify the Fill in this information to identify the case: |
|---|
| Debtor 1    Frank Emery Torok II |
| Debtor 2 |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania |
| Case number    21-12867 PMM |

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Ally Bank

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 8013

**Date of payment change:**
Must be at least 21 days after date of this notice     09/01/2022

**New total payment:**     $1526.35
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $_____    New escrow payment:  $_____

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____%    New interest rate:  _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Payment change consistent with the terms and conditions of the home equity line of credit variable rate note.

   Current mortgage payment: $1400.47_____    New mortgage payment: $1526.35_____

Official Form 410S1                  **Notice of Mortgage Payment Change**                  page 1

Debtor(s)   <u>Frank            Emery             Torok</u>              Case number (*if known*)  <u>21-12867 PMM</u>
                First Name         Middle Name         Last Name

## Part 4:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Rebecca Solarz*                                                           Date   08/04/2022
Signature
**Print:** Rebecca Solarz
04 Aug 2022, 15:40:17, EDT

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701         Market Street, Suite 5000</u>
        Number    Street
<u>Philadelphia,                                                PA       19106</u>
City                                                                State        ZIP Code

Contact phone   (215) 627–1322                  Email <u>bkgroup@kmllawgroup.com</u>