| Fill in this information to identify the Fill in this information to identify the case: |
|---|
| Debtor 1    Frank Emery Torok II |
| Debtor 2 |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania |
| Case number   21-12867 PMM |

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Ally Bank                         **Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 8013

**Date of payment change:**
Must be at least 21 days after date of this notice             11/01/2022

**New total payment:**                              $1557.10
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ _____        New escrow payment:    $ _____

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %          New interest rate: _____ %

   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Payment Change consistent with the terms and conditions of the home equity line of credit variable rate note.

   Current mortgage payment: $1540.77              New mortgage payment: $1557.10

| Debtor(s) | <u>Frank</u> | <u>Emery</u> | <u>Torok</u> | Case number (*if known*) <u>21-12867 PMM</u> |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/<u>Brian C. Nicholas (Atty ID: 317240)</u>         Date  10/07/2022
Signature
Print: Brian Nicholas
07 Oct 2022, 11:30:55, EDT

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>        <u>Market Street, Suite 5000</u>
           Number       Street
           Philadelphia,              PA      19106
           City                       State   ZIP Code

Contact phone  (215) 627–1322        Email <u>bkgroup@kmllawgroup.com</u>