# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frank Emery Torok II<br>　　　　　　　　　　**Debtor(s)**<br><br>Ally Bank<br>　　　　　　　　　　**Movant**<br>　　vs.<br><br>Frank Emery Torok II<br>　　　　　　　　　　**Debtor(s)**<br><br>Scott F. Waterman,<br>　　　　　　　　　　**Trustee** | BK NO. 21-12867 PMM<br><br>Chapter 13<br><br>Related to Claim No. 2 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 7, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Frank Emery Torok II
5201 Stansfield Drive
Zionsville, PA 18092-0000

Attorney for Debtor(s)
Charles Laputka, Esq.
1344 W. Hamilton St.
Allentown, PA 18102

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: October 7, 2022

**/s/Brian C. Nicholas Esquire**
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com