| Fill in this information to identify the Fill in this information to identify the case: |
|---|
| Debtor 1    Frank Emery Torok II |
| Debtor 2 |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania |
| Case number   21-12867 PMM |

Official Form 410S1

# Notice of Mortgage Payment Change                                12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Ally Bank                                 **Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 8013

**Date of payment change:**
Must be at least 21 days after date of this notice                   12/01/2022

**New total payment:**                   $1616.68
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $_____        New escrow payment: $_____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____%          New interest rate:  _____%

   Current principal and interest payment: $_____   New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
      (*Court approval may be required before the payment change can take effect.*)

      Reason for change: Payment change consistent with the terms and conditions of the home equity line of credit variable rate note.

   Current mortgage payment: $1557.10          New mortgage payment:  $1616.68

Document ID: 812712a724f36d3fded2d98e742a4e07787383dfe869f37024d2a3c9f81a5d98

| Debtor(s) | <u>Frank        Emery        Torok</u> | Case number (*if known*) <u>21-12867 PMM</u> |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/<u>Brian C. Nicholas (Atty ID: 317240)</u>　　　　　　Date    11/08/2022
   Signature
Print: Brian Nicholas
08 Nov 2022, 16:35:11, EST

Title    <u>Attorney for Creditor</u>

Company    <u>KML Law Group, P.C.</u>

Address    <u>701　　　　Market Street, Suite 5000</u>
        Number    Street
        Philadelphia,　　　　　　　　PA　19106
        City　　　　　　　　　　State　ZIP Code

Contact phone    (215) 627–1322　　　　Email    <u>bkgroup@kmllawgroup.com</u>