# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frank Emery Torok II<br>　　　　　　　　　　Debtor(s)<br><br>Ally Bank<br>　　　　　　　　　　Movant<br>　　vs.<br><br>Frank Emery Torok II<br>　　　　　　　　　　Debtor(s)<br><br>Scott F. Waterman,<br>　　　　　　　　　　Trustee | BK NO. 21-12867 PMM<br><br>Chapter 13<br><br>Related to Claim No. 2 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 9, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Frank Emery Torok II
5201 Stansfield Drive
Zionsville, PA 18092-0000

Attorney for Debtor(s)
Charles Laputka, Esq.
1344 W. Hamilton St.
Allentown, PA 18102

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: November 9, 2022

　　　　　　　　　　　　　　　　　　　　　/s/Brian C. Nicholas Esquire
　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas Esquire
　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com